UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5932**

Case Title: **United States** vs. **Erik Maund, et al.**

List all clients you represent in this appeal:

**United States of America**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Robert E. McGuire**          Signature: s/ **Robert E. McGuire**

Firm Name: **United States Attorney's Office for the Middle District of Tennessee**

Business Address: **719 Church Street, Suite 3300**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **(615) 736-5151**

Email Address: **robert.mcguire@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---