## UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** </br>     Plaintiff-Appellant </br> </br> v. </br> </br> **ERIK CHARLES MAUND** </br>     Defendant-Appellee </br> </br> & </br> </br> **BYRON BROCKWAY** </br>     Defendant-Appellee </br> </br> & </br> </br> **ADAM CAREY** </br>     Defendant-Appellee | ) </br> ) </br> ) </br> ) **Case No.: 24-5932** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### ADAM CAREY'S SECOND MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE HIS BRIEF

Defendant-Appellee Adam Carey, by and through undersigned counsel, hereby moves this Honorable Court to extend the current deadline to file his brief in this matter for fourteen (14) days, up to and including April 18, 2025, so that undersigned counsel has time to further review the government's brief, conduct necessary research, and effectively prepare Mr. Carey's brief. Undersigned counsel has consulted with counsel for all other parties, and none have any objection to this request.

Respectfully submitted,

*s/ Benjamin H. Perry*
Benjamin H. Perry
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Counsel for Defendant-Appellee Adam Carey*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has either been hand delivered, sent as an attachment via electronic mail, sent via the Court's CM/ECF filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to all parties of record in this matter, including but not limited to:

                Robert E. McGuire
                Nicholas J. Goldin
                Assistant United States Attorneys
                719 Church Street, Suite 3300
                Nashville, TN 37203

this 1st day of April, 2025.                                                          s/ Benjamin H. Perry
                                                                                                  BENJAMIN H. PERRY