# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-5932_____

2. Case Caption (Short Title): __United States v. Erik Maund, et al._____

3. Argument is scheduled for __9:00_____ (time) on __December 11, 2025_____ (day, date) and will be held:

   ☑ Live (In Person)     ☐ by Video     ☐ by Telephone

4. I, __Benjamin H. Perry_____, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner     ☐ Amicus Curiae     ☐ Other (please specify below):
   ☑ Appellee / Respondent      ☐ Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Adam Carey

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _3___
   B. Total number of minutes (in whole minutes only) to be shared: _30___
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _3rd___
   D. Your assigned minutes (in whole minutes only): _10____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   <u>Docketing Instructions</u>:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*