## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA**　　　　）

　　　　　　　　　　　　　　　　　）

**vs.**　　　　　　　　　　　　　　）　　　　**Court of Appeals No. 24-5932**

　　　　　　　　　　　　　　　　　）　　　　**U.S. District Court No. 3:21-00288-3**

**BRYON BROCKWAY**　　　　　　　）

### <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Comes now Luke A. Evans, counsel for the Appellee, pursuant to 6 Cir. R. 12(c)(4)(D), and hereby moves this Honorable Court to allow him to withdraw as counsel of record. Counsel was appointed pursuant to the Criminal Justice Act to represent Mr. Brockway regarding his appeal in this matter. On December 11, 2025, the parties appeared for oral argument and are awaiting a ruling. Undersigned Counsel is leaving private practice and is no longer available to represent Mr. Brockway. Therefore, Counsel would ask the Court to allow him to withdraw as attorney of record so that Mr. Brockway may have new counsel appointed.

The district court entered an Order on December 29, 2025, allowing Counsel to withdraw and appointed CJA panel member, Heather Parker, to represent Mr. Brockway. She is also available for appointment in the matter currently pending before this Court.

Counsel hereby certifies that he has given reasonable notice to Mr. Brockway of his intention to withdraw. Specifically, Counsel spoke with Mr. Brockway and notified him of his intent to withdraw. Counsel further notified Mr. Brockway that upon his withdrawal another attorney would be appointed to represent him pursuant to the Criminal Justice Act. Mr. Brockway is currently in federal custody at the Warren County Regional Jail, 920 Kentucky Street, Bowling Green, KY 42101. On January 12, 2026, Counsel sent Mr. Brockway a copy of this motion and a letter via U.S. Mail informing him that he had 14 days from the date of service on the motion to file a response to Counsel's Motion to Withdraw with the Clerk of Court.

Based upon the foregoing, counsel hereby moves the Court to allow him to withdraw as counsel of record in this matter.

Respectfully Submitted,

EVANS BULLOCH & PARKER, PLLC

s/ *Luke A. Evans*
Luke A. Evans, B.P.R. #23620
Attorney for Bryon Brockway
P.O. Box 398
302 North Spring Street
Murfreesboro, TN 37133
Telephone: (615) 896-4154
E-mail:  lukeevans@bfhelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and exact copy of the foregoing *Motion to Withdraw as Counsel of Record* has been delivered electronically to: **Nicholas Goldin**, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203; **Bryon Brockway**, via U.S. Mail, at Warren County Regional Jail, 920 Kentucky Street, Bowling Green, KY 42101.

s/ ***Luke A. Evans***_____
Luke A. Evans