# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 28, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Jun 02, 2026
KELLY L. STEPHENS, Clerk

Re: Erik Charles Maund, aka Erik Moore
v. United States
No. 25-1318
(Your No. 24-5932)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 26, 2026 and placed on the docket May 28, 2026 as No. 25-1318.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst